**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02278-WJM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASHCROFT HOMES CORP.,
ANITA L. RUSSELL,
TIMOTHY J. RUSSELL,
USAA FEDERAL SAVINGS BANK,
FIRST HORIZON HOME LOAN CORP., and
TIMBER CREEK HOLDINGS, L.P.

    Defendants.
_____

**ORDER OF JUDGMENT AGAINST DEFENDANT
ASHCROFT HOMES CORPORATION**
_____

This matter is before the Court on the Parties' Stipulation for Judgment Against Ashcroft Homes Corporation, filed November 28, 2011 (ECF No. 27). Upon consideration of the stipulation, and for good cause shown, the Court hereby ORDERS as follows:

JUDGMENT IS ENTERED against Defendant Ashcroft Homes Corporation and in favor of the United States on Count 1 of the United States' First Amended Complaint (Docket No. 6) in the amount of $286,093.92 as of November 18, 2011, including statutory penalties and interest and less any credit for payments made plus any additional interest that continues to accrue pursuant to 28 U.S.C. § 1961(c)(1) and 26

U.S.C. § 6621, accruing from November 18, 2011, until paid in full, for Form 941 employment taxes for the tax periods ending December 31, 2003, March 31, 2004, and June 30, 2004, and Form 940 unemployment taxes for the period ending December 31, 2003.

It is further ORDERED that JUDGMENT IS ENTERED against Ashcroft Homes and in favor of the United States on Count Two of the United States' First Amended Complaint.

It is further ORDERED that each Party shall bear their or its own attorney's fees and costs.

Dated this 29th day of November, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge