IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02278-WJM-KLM

USA,

    Plaintiff,

v.

ANITA L. RUSSELL,
TIMOTHY J. RUSSELL,
USAA FEDERAL SAVINGS BANK,
SPRINGS MORTGAGE, INC., and
TIMBER CREEK HOLDINGS, L.P.,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Anita L. Russell and Timothy J. Russell's (the "Russell Defendants") **Motion of Anita L. and Timothy J. Russell for Leave to File Their Second Amended Answer, Counterclaim and Cross Claim** [Docket No. 44; Filed December 29, 2011] (the "Motion to Amend Answer"); Plaintiff's **Request to Appear by Telephone at Scheduling Conference** [Docket No. 46; Filed January 19, 2012] (the "Motion to Appear by Phone"); and Plaintiff's **Motion for Leave to File Second Amended Complaint to Reduce Federal Tax Assessments to Judgment and to Foreclose United States' Federal Tax Liens** [Docket No. 48; Filed January 19, 2012] (the "Motion to Amend Complaint"). Plaintiff withdrew its opposition to the Russell Defendants' Motion to Amend Answer [#44] on January 19, 2012. *See Statement of Non-opposition to Defendant's Motion to File Second Amended Answer, Counterclaim and Cross Claim* [#47]. A scheduling order has not yet been entered in this matter. Thus, the Motion to Amend Answer and the Motion to Amend Complaint are both timely as well as unopposed. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Amend Answer [#44] and the Motion to Amend Complaint [#48] are both **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept the Russell Defendants' Second Amended Answer [#44-1] and Plaintiff's Second Amended Complaint

[#48-1] for filing as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that the Motion to Appear by Phone [#46] is **GRANTED**. Plaintiff's counsel may appear by telephone at the Scheduling Conference on February 6, 2012 at 10:00 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

Dated: January 20, 2012