**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02278-WJM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASHCROFT HOMES CORP,
ANITA L. RUSSELL,
TIMOTHY J. RUSSELL,
USAA FEDERAL SAVINGS BANK,
FIRST TENNESSEE BANK NATIONAL ASSOCIATION,
TIMBER CREEK HOLDINGS, L.P.,
ASHCROFT HOMES OF COLORADO, INC., and
ABSOLUTE CONSTRUCTION SERVICES, LLC.,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' Stipulation of the remaining represented parties for dismissal of Count Two of the United States' Second Amended Complaint and Remaining Claims with Prejudice, and a request for dismissal of the remaining parties that have not appeared in this action, pursuant to Federal Rule of Civil Procedure 41(a), filed June 22, 2012 (ECF No. 70). The Court having reviewed the Stipulation and for good cause shown hereby ORDERS as follows:

The Parties' Stipulation is GRANTED. Count Two of the United States' Second Amended Complaint (ECF No. 52), and all remaining counterclaims, are DISMISSED WITH PREJUDICE.

It is FURTHER ORDERED that the cross claim of Defendants Anita L. and Timothy J. Russell against Defendant Ashcroft Homes Corp, is DISMISSED WITHOUT PREJUDICE.

It is FURTHER ORDERED that the Notice of *Lis Pendens* recorded by the United States on September 8, 2011 at Reception No. 211086939, Clerk and Recorder of El Paso County, Colorado is hereby RELEASED and shall no longer affect title to the real property described in said *lis pendens*.

It is FURTHER ORDERED that the November 29, 2011 Judgment of this Court as to Count 1 of the United States' First Amended Complaint (ECF No. 28), as modified by this Court's Order of December 21, 2011 (ECF No. 43) remains in effect.

It is FURTHER ORDERED that each party shall bear his/her and its own costs and attorney's fees.

Dated this 22nd day of June, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge